**James E. DULANY, Jr., et ux., Respondent,**

v.

**MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION, Appellant.**

**No. WD 42732.**

Missouri Court of Appeals, Western District.

Dec. 11, 1990.

William D. Farrar, Asst. Counsel, Missouri Highway Com'n, Kansas City, Rich Tiemeyer, Chief Counsel, Missouri Highway Com'n, Jefferson City, for appellant.

Lynne J. Bratcher, G. Spencer Miller of Miller, Dougherty & Modin, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from jury award for inverse condemnation.

Judgment affirmed. Rule 84.16(b).